UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

07 APR 11 PM 2:28

UNITED STATES OF AMERICA,

 Plaintiff,

No. 1:07CR0094

v.

Hon. ~~Gordon J. Quist~~
~~U.S. District Judge~~

DANIEL DOYLE BENHAM,

**INDICTMENT**

 Defendant.
_____/

Robert J. Jonker
U.S. District Judge

 The Grand Jury charges:

 On or about April 17, 2001, in the Southern Division of the Western District of Michigan and elsewhere,

**DANIEL DOYLE BENHAM,**

a resident of Twin Lake, Michigan, in Muskegon County, did knowingly, willfully and unlawfully attempt to evade and defeat the income tax owing by him to the United States of America for calendar year 2000 in that:

 1. In 2000, Defendant, Daniel Doyle Benham, had and received a gross income of at least $72,808 and was required by law to file a United States Individual Income Tax Return, Form 1040, stating the items of income, deductions, and credits to which he was entitled but failed to do so and failed to pay the tax.

2. In addition and for the purpose of committing this offense, the Defendant, Daniel Doyle Benham, engaged in one or more affirmative acts including the submission of a false Form W-4 causing his employer to under-withhold income taxes from his wages and salary and the transfer of funds to non-domestic, off-shore financial institutions.

26 U.S.C. § 7201

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIAN K. DELANEY
United States Attorney

_____
DONALD A. DAVIS
Assistant United States Attorney