UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                Plaintiff,

      Case No._____

v.

      Hon. _____

_____

                Defendant(s).

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

    Defendant _____, through his/her attorney, submits the following initial pretrial conference summary statement.

I.    DISCOVERY

    [ ]    The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

    [ ]    The defendant [ ] will [ ] will not provide reciprocal discovery.

II.    TRIAL

    [ ]    The defendant requests a [ ] jury [ ] non-jury trial.

III.    MISCELLANEOUS

    [ ]    Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the Court if any such conflict becomes known.

    [ ]    Counsel for defendant is aware of the following potential conflict(s):

_____
_____
_____.

Date_____            _____
                                                          Counsel for Defendant