# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN

## CRIMINAL MINUTE SHEET

| USA v.  DANIEL DOYLE BENHAM | Mag. Judge:  Joseph G. Scoville |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:07-cr-94 (GJQ) | May 14, 2008 | 3:09 - 3:34 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Donald Davis | John Karafa | CJA Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT READ |
|---|---|---|
| Felony | Superseding Indictment | Read _____   Reading Waived _____ |

### TYPE OF HEARING
- ___ First Appearance
- ✓ Arraignment:
  - ___ mute
  - ✓ not guilty
  - ___ guilty
  - ___ nolo contendre
- ✓ Initial Pretrial Conference
- ___ Detention  (waived ___)
- ___ Preliminary  (waived ___)
- ___ Rule 5 Proceeding
- ___ Revocation/SRV/PV
- ___ Bond Violation
- ___ Change of Plea
- ___ Sentencing
- ___ Other:_____

### DOCUMENTS
- ✓ Defendant's Rights
- ___ Waiver of _____
- ___ Consent to Mag. Judge for _____
- ___ Other: _____

Court to Issue:
- ___ Report & Recommendation
- ___ Order of Detention
- ___ Order to file IPTC Statements
- ___ Bindover Order
- ___ Order Appointing Counsel
- ___ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____
of the
_____

Count(s) to be dismissed at sentencing:
_____

Presentence Report:
___ Ordered   ___ Waived

___ Plea Accepted by the Court

___ No Written Plea Agreement

### ADDITIONAL INFORMATION

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:  ___ Yes   ___ No
Appeal Packet Given:  ___ Yes   ___ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ _____ |

| **CASE TO BE:**  Referred to District Judge | **TYPE OF HEARING:**  Further Proceedings |
|---|---|

| **Reporter/Recorder:**  Digitally Recorded | **Courtroom Deputy:**  D. Hand |
|---|---|