UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**

May 15, 2008 10:48 AM

RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _____ / _____

USA,

    Plaintiff,

v.

DANIEL DOYLE BENHAM,

    Defendant.
_____/

Case No. 1:07-cr-00094

Hon. Robert J. Jonker

## ORDER REJECTING PLEADING

The Court has examined the following proposed pleading received May 14, 2008, and orders the Clerk to reject the Motion for Bill of Particulars and to return it to defendant Benham for the reasons noted below:

    Mr. Benham is represented by court appointed counsel John M. Karafa. Documents submitted to the Court for filing must be submitted by counsel.

IT IS SO ORDERED.

Dated: May 14, 2008
gjf

Joseph G. Scoville
U.S. Magistrate Judge

☐ THE CLERK SHALL ACCEPT THE PLEADING(S) FOR FILING  _____

INITIALS