UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:07-CR-94

v.

HON. ROBERT J. JONKER

DANIEL DOYLE BENHAM,

    Defendant.
_____/

## ORDER

This matter is before the Court on Defendant's Sworn Motion for Disqualification of Present Counsel and Appointment of New Counsel (docket # 20), which the Defendant brings *in propria persona*. The Court heard oral argument on the motion on August 18, 2008 (docket # 21). Based on its review of the record, and for the reasons stated in detail in the hearing, the Court concludes that the Defendant has not demonstrated good cause for substitution of appointed counsel. *See United States of America v. Iles*, 906 F.2d 1122, 1130-1131 (6th Cir. 1990). Accordingly, **IT IS ORDERED**: Defendant's Sworn Motion for Disqualification of Present Counsel and Appointment of New Counsel (docket # 20) is **DENIED**.

Dated:   August 19, 2008           /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE