UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

* * * * *

UNITED STATES OF AMERICA,

      Plaintiff,           Case #1:07-CR-94

-vs-                                    Hon. Robert J. Jonker

DANIEL DOYLE BENHAM,

      Defendant.

| Donald A. Davis | John M. Karafa (P36007) |
|---|---|
| UNITED STATES ATTORNEY'S OFFICE | MCCROSKEY LAW |
| Attorney for Plaintiff | Attorney for Defendant |
| P.O. Box 208 | 1440 Peck Street, P.O. Box 27 |
| Grand Rapids, MI  49503 | Muskegon, MI  49443 |
| (616) 456-2404 | (231) 726-4861 |

## DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION IN LIMINE

    Now comes Defendant, Daniel Doyle Benham by his attorney John M. Karafa, and for his response in opposition to the Government's Motion In Limine relies upon Defendant Daniel Benham's Brief in Support of Response to Government's Motion In Limine, filed herewith and incorporated herein by reference.

                        Respectfully Submitted,
                        MCCROSKEY LAW

Dated: September 23, 2008        /s/  John M. Karafa
                        John M. Karafa
                        Attorney for Defendant